UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN MEDICAL ASSOCIATION, MEDICAL SOCIETY OF NEW JERSEY, and WASHINGTON STATE MEDICAL ASSOCIATION, each in an associational capacity on behalf of its members, JILL STEWART, MARIA C. PLUMACHER, and JORGE CARDONA (as Attorney-in-Fact and representative of Lady Montoya Marin), individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY, <br><br> Defendants. | Case No.: 3:22-cv-00769-OAW <br><br> October 26, 2022 |

**DEFENDANT CIGNA'S RENEWED MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Civil Rules 5(e) and 7(a), Defendants Cigna Corporation and Cigna Health and Life Insurance Company ("Cigna") respectfully move this Court for leave to file under seal the unredacted version of Exhibit 1 attached to the Declaration of Warren Haskel filed in support of Cigna's Memorandum of Law in Support of its Motion to Dismiss the First Amended Class Action Complaint (the "Haskel Declaration").

Cigna previously filed an identical copy of Exhibit 1 in support of its motion to dismiss the complaint (ECF No. 23), and filed a motion for leave to file the unredacted version of Exhibit 1 under seal because it contains Cigna's non-public and commercially sensitive information, including information that goes to the core of Cigna's current business strategies (ECF No. 22

1

("the Prior Motion to Seal").) The Prior Motion to Seal was supported by Cigna's memorandum of law, and the Declaration of Terri Cothron. (*Id.*) The Prior Motion to Seal has not yet been decided by the Court.

After Plaintiffs amended the complaint instead of opposing Cigna's prior motion to dismiss (ECF No. 37), Cigna is now moving to dismiss the First Amended Class Action Complaint. In support of that motion, Cigna again seeks leave to file under seal an identical unredacted copy of Exhibit 1, which is attached to the Haskel Declaration, (the "Current Motion to Seal"), for the reasons set forth in its memorandum of law and in Ms. Cothron's declaration.

Accordingly, Cigna renews its Prior Motion to Seal (ECF No. 22) and respectfully requests that the Court grant the Current Motion to Seal.

## **CONCLUSION**

For the above reasons, Cigna respectfully renews its request for the Court to grant the Prior Motion to Seal (ECF No. 22), and the Current Motion to Seal.

Dated:  October 26, 2022					Respectfully submitted,

                                          /s/ Warren Haskel
                                         Joshua B. Simon (*pro hac vice*)
Warren Haskel (*pro hac vice*)
Richard Nicholson (*pro hac vice*)
Chelsea Cosillos (*pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
jsimon@mwe.com
whaskel@mwe.com
rnicholson@mwe.com
ccosillos@mwe.com
One Vanderbilt Avenue
New York, NY 10017
Telephone:	+1 212 547 5400
Facsimile:	+1 212 547 5444

Theodore J. Tucci (Federal Bar No. ct05249)
**ROBINSON & COLE LLP**
ttucci@rc.com
280 Trumbull Street
Hartford, CT 06103
Telephone:	+1 860 275 8210
Facsimile:	+1 860 275 8299

Gregory J. Bennici (Federal Bar No. ct29698)
**ROBINSON & COLE LLP**
gbennici@rc.com
1055 Washington Boulevard
Stamford, CT 06901
Telephone:	+1 203 462 7572
Facsimile:	+1 203 462 7599

*Attorneys for Defendants Cigna Corporation and Cigna Health and Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2022, I electronically filed the foregoing document using the Court's ECF system, which will send notice of the filing to counsel of record. A true and correct copy of the foregoing will also be served on Plaintiffs' counsel via email to:

| | |
|---|---|
| Elizabeth K. Acee, Esq.<br>**BARCLAY DAMON LLP**<br>545 Long Wharf Drive, Ninth Floor<br>New Haven, CT 06511<br>Tel. (203) 672-2659<br>Fax (203) 654-3260<br>eacee@barclaydamon.com | Andrew N. Goldfarb, Esq.<br>**ZUCKERMAN SPAEDER LLP**<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036<br>Tel. (202) 778-1800<br>Fax (202) 822-8106<br>agoldfarb@zuckerman.com |
| D. Brian Hufford, Esq.<br>Jason S. Cowart, Esq.<br>**ZUCKERMAN SPAEDER LLP**<br>485 Madison Avenue, 10th floor<br>New York, NY 10022<br>Tel. (212) 704-9660<br>Fax (212) 704-4256<br>dbhufford@zuckerman.com<br>jcowart@zuckerman.com | Leslie Howard, Esq.<br>**COHEN HOWARD, LLP**<br>766 Shrewsbury Avenue, Suite 200<br>Tinton Falls, NJ 07724<br>Tel. (732) 747-5202<br>lhoward@cohenhoward.com |

                                                 */s/ Warren Haskel*