# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN MEDICAL ASSOCIATION, MEDICAL SOCIETY OF NEW JERSEY, and WASHINGTON STATE MEDICAL ASSOCIATION, each in an associational capacity on behalf of its members, JILL STEWART, MARIA C. PLUMACHER, and JORGE CARDONA (as Attorney-in-Fact and representative of Lady Montoya Marin), individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY, <br><br> Defendants. | Case No.: 3:22-cv-00769-OAW <br><br> October 26, 2022 |

## CIGNA'S MOTION TO DISMISS
## THE FIRST AMENDED CLASS ACTION COMPLAINT

Defendants Cigna Corporation and Cigna Health and Life Insurance Company ("Cigna"), by and through their undersigned counsel, respectfully move, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiffs' first amended class action complaint with prejudice for the reasons set forth in the accompanying Memorandum of Law.

**ORAL ARGUMENT REQUESTED**

\*   \*   \*

Dated:  October 26, 2022							Respectfully submitted,

 /s/ *Warren Haskel*
Joshua B. Simon (*pro hac vice*)
Warren Haskel (*pro hac vice*)
Richard Nicholson (*pro hac vice*)
Chelsea Cosillos (*pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
jsimon@mwe.com
whaskel@mwe.com
rnicholson@mwe.com
ccosillos@mwe.com
One Vanderbilt Avenue
New York, NY 10017
Telephone:	+1 212 547 5400
Facsimile:	+1 212 547 5444

Theodore J. Tucci (Federal Bar No. ct05249)
**ROBINSON & COLE LLP**
ttucci@rc.com
280 Trumbull Street
Hartford, CT 06103
Telephone:	+1 860 275 8210
Facsimile:	+1 860 275 8299

Gregory J. Bennici (Federal Bar No. ct29698)
**ROBINSON & COLE LLP**
gbennici@rc.com
1055 Washington Boulevard
Stamford, CT 06901
Telephone:	+1 203 462 7572
Facsimile:	+1 203 462 7599

*Attorneys for Defendants Cigna Corporation and Cigna Health and Life Insurance Company*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2022, I electronically filed the foregoing document using the Court's ECF system, which will send notice of the filing to counsel of record. A true and correct copy of the foregoing will also be served on Plaintiffs' counsel via email to:

| | |
|---|---|
| Elizabeth K. Acee, Esq.<br>**BARCLAY DAMON LLP**<br>545 Long Wharf Drive, 9th Floor<br>New Haven, CT 06511<br>Tel. (203) 672-2659<br>Fax (203) 654-3260<br>eacee@barclaydamon.com | Andrew N. Goldfarb, Esq.<br>**ZUCKERMAN SPAEDER LLP**<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036<br>Tel. (202) 778-1800<br>Fax (202) 822-8106<br>agoldfarb@zuckerman.com |
| D. Brian Hufford, Esq.<br>Jason S. Cowart, Esq.<br>**ZUCKERMAN SPAEDER LLP**<br>485 Madison Avenue, 10th Floor<br>New York, NY 10022<br>Tel. (212) 704-9660<br>Fax (212) 704-4256<br>dbhufford@zuckerman.com<br>jcowart@zuckerman.com | Leslie Howard, Esq.<br>**COHEN HOWARD, LLP**<br>766 Shrewsbury Avenue, Suite 200<br>Tinton Falls, NJ 07724<br>Tel. (732) 747-5202<br>lhoward@cohenhoward.com |

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Warren Haskel*