UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN MEDICAL ASSOCIATION, MEDICAL SOCIETY OF NEW JERSEY, and WASHINGTON STATE MEDICAL ASSOCIATION, each in an associational capacity on behalf of its members, JILL STEWART, MARIA C. PLUMACHER and JORGE CARDONA (as Attorney-in-Fact and representative of Lady Montoya Marin), individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>       Defendants. | Case No. 3:22-cv-00769-OAW |

**STIPULATION TO MODIFY THE BRIEFING DEADLINES FOR DEFENDANTS' MOTION TO DISMISS AND THE DATE FOR SERVICE OF INITIAL DISCLOSURES**

Plaintiffs American Medical Association, Medical Society of New Jersey ("MSNJ"), and Washington State Medical Association, all in an associational capacity on behalf of their members in New Jersey and Washington State, and as representatives of the Litigation Center of the American Medical Association and State Medical Societies, and Jill Stewart, Maria C. Plumacher, and Jorge Cardona as Attorney-in-Fact and representative of his mother, Lady Montoya Marin, individually and on behalf of all others similarly situated, and Defendants Cigna Corporation and Cigna Health and Life Insurance Company's (collectively, "Cigna"), hereby stipulate to a modification to the briefing schedule for Cigna's Motion to Dismiss (ECF No. 49), and to the date for service of initial disclosures, contained in the scheduling order (ECF No. 50, adopting schedule

in ECF No. 46).

In support of the stipulation, the parties state the following:

1. On October 21, 2022, the parties jointly filed a proposed scheduling order as part of the Report of their Rule 26(f) Planning Meeting (ECF No. 46).

2. Cigna's Motion to Dismiss (ECF No. 49) is currently pending before the Court.

3. On November 2, 2022, the Court entered a scheduling order adopting the parties' proposed deadlines (the "Scheduling Order"). (ECF No. 50.)

4. Pursuant to the Scheduling Order, initial disclosures are currently due December 2, 2022, and Plaintiffs' current deadline to respond to the pending Motion to Dismiss is December 9, 2022. (*Id.*)

5. To accommodate unexpected scheduling conflicts and commitments of Plaintiffs' counsel, the parties stipulate to extend, to December 23, 2022, the deadline to serve initial disclosures and Plaintiffs' opposition to the Motion to Dismiss.

6. To account for this extension, the parties further stipulate to extend the deadline for Cigna to file its reply in support of the Motion to Dismiss to February 3, 2022.

7. This stipulation does not impact any other deadlines in the schedule. This is the parties' first extension request of the deadlines in the Scheduling Order and is being filed before the expiration of the current Court-ordered deadline to file a response.

8. This stipulation is made in good faith and not for the purpose of hindrance or undue delay.

9. The parties request that the Court so order the stipulation, below.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: December 1, 2022 | */s/ Andrew N. Goldfarb* |

Elizabeth K. Acee, Esq. (ct 20986)
**BARCLAY DAMON LLP**
545 Long Wharf Drive, Ninth Floor
New Haven, CT 06511
Tel. (203) 672-2659
Fax (203) 654-3260
eacee@barclaydamon.com

Jason S. Cowart, Esq. (ct 23206) (*pro hac vice*)
**ZUCKERMAN SPAEDER LLP**
485 Madison Avenue, 10th floor
New York, NY 10022
Tel. (212) 704-9660
Fax (212) 704-4256
jcowart@zuckerman.com

Andrew N. Goldfarb, Esq. (phv 07743) (*pro hac vice*)
**ZUCKERMAN SPAEDER LLP**
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel. (202) 778-1800
Fax (202) 822-8106
agoldfarb@zuckerman.com

Leslie Howard, Esq. (*pro hac vice* pending)
**COHEN HOWARD, LLP**
766 Shrewsbury Avenue, Suite 200
Tinton Falls, NJ 07724
Tel. (732) 747-5202
lhoward@cohenhoward.com

*Counsel for Plaintiffs and the Putative Class*

*/s/ Joshua B. Simon*
Joshua B. Simon (*pro hac vice*)
Warren Haskel (*pro hac vice*)
Richard Nicholson (*pro hac vice*)
Chelsea Cosillos (*pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
jsimon@mwe.com
whaskel@mwe.com
rnicholson@mwe.com
ccosillos@mwe.com

3

>One Vanderbilt Avenue
>New York, NY 10017
>Telephone:     +1 212 547 5400
>Facsimile:      +1 212 547 5444
>
>Theodore J. Tucci (Federal Bar No. ct05249)
>**ROBINSON & COLE LLP**
>ttucci@rc.com
>280 Trumbull Street
>Hartford, CT 06103
>Telephone:     +1 860 275 8210
>Facsimile:      +1 860 275 8299
>
>Gregory J. Bennici (Federal Bar No. ct29698)
>**ROBINSON & COLE LLP**
>gbennici@rc.com
>1055 Washington Boulevard
>Stamford, CT 06901
>Telephone:     +1 203 462 7572
>Facsimile:      +1 203 462 7599
>
>*Attorneys for Defendants Cigna Corporation and*
>*Cigna Health and Life Insurance Company*

SO ORDERED this ___ day of December 2022

_____
Omar A. Williams
United States District Judge

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Andrew N. Goldfarb
Andrew N. Goldfarb